No. 349.   THORESEN *v.* GOODWIN, U. S. DISTRICT
JUDGE.   C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE
DOUGLAS is of the opinion that certiorari should be
granted.   *John P. Frank, John J. Flynn,* and *Peyton
Ford* for petitioner.   *Solicitor General Griswold, Assist-
ant Attorney General Vinson, Beatrice Rosenberg,* and
*Mervyn Hamburg* for respondent.

No. 184.   ARKANSAS VALLEY G & T, INC., ET AL. *v.*
FEDERAL POWER COMMISSION ET AL.   C. A. D. C. Cir.
Motion of Tri-State Generation & Transmission Asso-
ciation, Inc., for leave to file a brief, as *amicus
curiae,* granted.   Certiorari denied.   *Wallace L. Duncan,
Stephen A. West,* and *J. A. Riggins, Jr.,* for petitioners.
*Solicitor General Griswold, Peter H. Schiff,* and *William
H. Arkin* for respondent Federal Power Commission;
*Reuben Goldberg* for respondent Minnkota Power Coop-
erative, Inc.; and *William C. Wise* for respondents Com-
mittee of Rural Electric Cooperatives et al.   *Raphael J.
Moses* and *John J. Conway* for Tri-State Generation &
Transmission Association, Inc., as *amicus curiae,* in sup-
port of the petition.

No. 149.   COURTNEY *v.* UNITED STATES.   C. A. 9th
Cir.   Motion to dispense with printing petition granted.
Certiorari denied.   *F. Conger Fawcett* for petitioner.
*Solicitor General Griswold, Assistant Attorney General
Vinson, Beatrice Rosenberg,* and *Sidney M. Glazer* for
the United States.

No. 211.   NORTH CAROLINA *v.* LOGNER.   C. A. 4th
Cir.   Certiorari denied.   MR. JUSTICE BLACK is of the
opinion that certiorari should be granted and judgment
reversed.   *Daniel K. Edwards* for petitioner.